UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| HISTEEL CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>NUCOR TUBULAR PRODUCTS INC.<br><br>    Defendant-Intervenor. | Court No. 22-00142 |

SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, filed pursuant to Rule 56.2(a) of this Court, it is hereby ORDERED that:

Plaintiffs shall file their motion for judgment on the agency record and opening brief no later than Monday, October 17, 2022;

Defendant and Defendant-Intervenors shall file their response briefs no later than Friday, December 16, 2022;

Plaintiffs shall file their reply brief no later than Monday, January 13, 2023; and

Any motion for oral argument shall be filed no later than 21 days after service of the reply brief, or 21 days after the expiration of the period of time allowed for service of the reply briefs.

  SO ORDERED.

Dated: _____, 2022    _____
   New York, New York           Judge

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| HISTEEL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> NUCOR TUBULAR PRODUCTS INC., <br><br> Defendant-Intervenor. | Court No. 22-00142 |

JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Plaintiff HiSteel Co., Ltd. has consulted with all parties of record to this proceeding, and hereby submit the following Joint Status Report and Proposed Briefing Schedule, in accordance with Rule 56.2(a) of the Rules of this Court.

I.  JOINT STATUS REPORT

All parties have consented to the following responses as provided for in Rule 56.2(a) of this Court.

1. Does the Court have jurisdiction over the action?

This appeal challenges certain aspects of the United States Department of Commerce's final results of an administrative review of the antidumping order on heavy walled rectangular welded carbon steel pipes and tubes from the Republic of Korea. *See Heavy Walled Rectangular Welded Carbon Steel Pipes and Tubes from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2019–2020*, 87 Fed. Reg. 20390 (April 7, 2022). Plaintiff believes that the Court possesses jurisdiction to

entertain this action pursuant to 28 U.S.C. § 1581(c) and 19 U.S.C. § 1516a(a)(2)(B)(iii). Defendant and Defendant-Intervenors are currently unaware of any reason upon which to challenge the jurisdiction of the Court at this time.

    2. *Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?*

The parties are unaware of any cases with which this proceeding should be consolidated.

All parties agree that no portion of the cases should be severed.

    3. *Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons for such deferral?*

All parties agree that further proceedings should not be deferred pending consideration of another case before this Court or any other tribunal.

    4. *Should the Court be aware of any other information at this time?*

Dong-A-Steel Co., Ltd. ("DOSCO") has filed a motion to intervene as a matter of right in this action (ECF No. 26). Defendant opposes DOSCO's intervention (ECF No. 36). Because DOSCO's motion to intervene is still pending before the Court, DOSCO has not been included as a party to this filing.

## II. Proposed Briefing Schedule

Plaintiff submits that, in accordance with the timetable set forth in Rule 56.2(d), Plaintiff's motion for judgment on agency record and opening briefs shall be submitted within 60 days of the date of the Court's scheduling order (which would be Monday, October 17, 2022,[1] if the Court were to issue its order on the date of this filing); the responses by Defendant and Defendant-Intervenor to that motion shall be submitted within 60 days of Plaintiff's motion (which would be Friday, December 16, 2022, if the

---

[1] If the Court were to issue its order on the date of this filing, the deadline for the motion for judgment on agency record and opening briefs would fall on Sunday, October 16, 2022. In accordance with Rule 6(a)(1)(C), the deadline would be extended to Monday, October 17, 2022.

Court were to issue its order on the date of this filing); and any reply by Plaintiffs shall be due within 28 days of those responses (which would be Friday, January 13, 2023, if the Court were to issue its order on the date of this filing).  Any motion for oral argument will correspond to the deadline delineated in Rule 56.2(e) of this Court (*i.e.*, within 21 days from the filing of reply briefs).  The parties therefore respectfully propose the following briefing schedule:

A. Plaintiffs shall file their motion for judgment on the agency record and opening briefs no later than Monday, October 17, 2022;

B. Defendant and Defendant-Intervenors shall file their response briefs no later than Friday, December 16, 2022;

C. Plaintiffs shall file their reply brief no later than Friday January 13, 2023; and

D. Any motion for oral argument shall be filed no later than 21 days after service of the reply briefs, or 21 days after the expiration of the period of time allowed for service of the reply briefs.

Respectfully submitted,

 /s/ Jeffrey M. Winton
Jeffrey M. Winton
Michael J. Chapman
Amrietha Nellan
Vi N. Mai
Jooyoun Jeong
Ruby Rodriguez
WINTON & CHAPMAN PLLC
1900 L St. NW, Suite 611
Washington, DC 20036
(202) 774-5500

Counsel to Plaintiffs HiSteel Co., Ltd. and
   Proposed Plaintiff-Intervenor
   Dong-A-Steel Co., Ltd.

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| OF COUNSEL:<br>VANIA WANG<br>Attorney<br>Office of the Chief Counsel for<br>Trade Enforcement & Compliance<br>Department of Commerce<br>Washington, DC 20230 | /s/ Kara Marie Westercamp<br>KARA M. WESTERCAMP<br>Trial Counsel<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 307-0163<br><br>Attorneys for Defendant |
|  | /s/ Robert Edward DeFrancesco, III<br>Alan Hayden Price<br>Robert Edward DeFrancesco, III<br>Enbar Toledano<br>Jake Roger Frischknecht<br>Paul A. Devamithran<br>Nicole C. Hager<br>WILEY REIN, LLP<br>2050 M Street, NW.<br>Washington, DC 20036<br>(202) 719-3375<br><br>Counsel to Defendant-Intervenor Nucor Tubular Products Inc. |

Date:  August 17, 2022