**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

March 31, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:    Redetermination Pursuant to Court Remand Order in
       *HiSteel Co., Ltd. v. United States*, Court No. 22-00142

Dear Ms. Justice:

Pursuant to the Court's order of August 20, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 482-6035.

Respectfully submitted,

/s Vania Wang
Vania Wang
Attorney
Office of the Chief Counsel
    for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
March 31, 2026
Page 2


cc:

Douglas Glenn Edelschick
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
douglas.edelschick@usdoj.gov

Jeffrey Michael Winton
Winton & Chapman PLLC
1900 L Street, NW
Suite 611
Washington, DC 20036
jwinton@jmwinton.com

Robert Edward DeFrancesco, III
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
rdefrancesco@wiley.law