UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| HISTEEL CO., LTD., <br><br> Plaintiff, <br><br> and <br><br> DONG-A-STEEL CO., LTD, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> NUCOR TUBULAR PRODUCTS INC. <br><br> Defendant-Intervenor. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Court No. 22-00142 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DONG-A STEEL CO., LTD.
COMMENTS IN OPPOSITION TO
FINAL REDETERMINATION ON REMAND

PUBLIC DOCUMENT

WINTON & CHAPMAN PLLC
1900 L Street, N.W., Suite 611
Washington, D.C.  20036
(202) 774-5500
Attorneys for Dong-A-Steel Co., Ltd.

May 29, 2026

Table of Contents

Page

ARGUMENT ............................................................................................................ 2

CONCLUSION ......................................................................................................... 2

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| HISTEEL CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONG-A-STEEL CO., LTD, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | Court No. 22-00142 |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NUCOR TUBULAR PRODUCTS INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DONG-A-STEEL CO., LTD.
COMMENTS IN OPPOSITION TO
FINAL REDETERMINATION ON REMAND

This brief is submitted on behalf of Dong-A-Steel Co., Ltd. ("DOSCO") in opposition

to the final redetermination by the U.S. Department of Commerce dated March 31, 2026,

addressing the April 23, 2025, decision by the Court of Appeals for the Federal Circuit in

*Stupp Corp. et al. v. United States,* CAFC Court No. 2023-1663, (Fed. Cir. April 23,

2025); and the remand order issued by the Court of International Trade on September 12,

2023; and procedural order issued on August 20, 205, in CIT Court No. 22-00142,

addressing the Department's final determination in the in the fourth administrative review

of the antidumping order on *Heavy Walled Rectangular Welded Carbon Steel Pipes and Tubes from Korea*.[1]

<u>ARGUMENT</u>

In its Redetermination, Commerce improperly replaced the Cohen's $d$ test with the "price difference" test and eliminated the mixed methodology.[2]  We understand that HiSteel Co., Ltd. is submitting comments addressing the issues with Commerce's Redetermination.  In the interest of brevity, we will not repeat that discussion but incorporate them by reference.  We believe it is clear that the revised approach in the Redetermination is unreasonable and inconsistent with the Federal Circuit's 2025 decision in *Stupp*.  In these circumstances, the Court must remand the matter back to Commerce.

<u>CONCLUSION</u>

For the foregoing reasons, we respectfully request that the Court remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court.

<div style="margin-left:50%">

Respectfully submitted,

<u>/s/Jeffrey M. Winton</u>
Jeffrey M. Winton
Amrietha Nellan

WINTON & CHAPMAN PLLC
1900 L Street, N.W., Suite 611
Washington, D.C.  20036
(202) 774-5500

Attorneys for Dong-A-Steel Co., Ltd.

</div>

October 17, 2022

---

[1] The Department's March 31 redetermination is hereinafter referred to as the "Redetermination."

[2] *See* Redetermination (ECF No. 91).

<u>Certificate of Compliance</u>

Pursuant to the Court's "Standard Chambers Procedures," I, Jeffrey M. Winton, hereby certify that the word count function of the word-processing system used to prepare the foregoing brief indicates that the brief contains 259 words including headings, footnotes, and quotations, but not including the cover, caption, table of contents, table of authorities, any addendum containing statutes, rules or regulations, any certificates of counsel, and counsel's signature block.

           /s/Jeffrey M. Winton          

May 29, 2026